June 16, 2025

_____

No. 25-1629
(5:23-cv-00073-KDB-DCK)

_____

REBECCA TAYLOR MAYS, as Administrator of the Estate of Patrick Mays

 Plaintiff - Appellant

and

FOSTER MAYS, as Personal Representative of the Estate of Patrick Mays

 Plaintiff

v.

OLEG POLISHCHUK, an individual and doing business as POP Trucking; UBER FREIGHT, LLC, a Delaware Corporation

 Defendants - Appellees

_____

AMENDED CAPTION NOTICE

_____

TO: Counsel and Parties

The caption of this appeal has been amended as shown above. If additional corrections or modifications are needed for the caption, please file a motion to amend the caption.

Rachel Phillips, Deputy Clerk
804-916-2702