# UNITED STATES OF APPEALS
# FOR THE FOURTH CIRCUIT
Case No. 25-1629

| | |
|---|---|
| REBECCA MAYS, as Administrator of the Estate of Patrick Mays<br>                          Plaintiff-Appellant,<br><br>Vs.<br><br>OLEG POLISHCHUK, an individual, d/b/a POP TRUCKING; and<br>UBER FREIGHT LLC, a Delaware Corporation<br>                          Defendants-Appellees. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF AND JOINT APPENDIX

Plaintiff-Appellant, by and through undersigned counsel, files this motion for extension of time to file and serve Appellant's Opening Brief and Joint Appendix. The Appellant's Brief and Joint Appendix are due July 14, 2025. Undersigned counsel, Cathy A. Williams, will be out of the country from June 18 through June 27, 2025. Undersigned counsel, Michael J. Levine, will be out of the country from June 26 through July 7, 2025. Counsel also has a trial scheduled to begin the week of July 14 in Cabarrus County, North Carolina. Therefore, more time is needed to prepare and file the Joint Appendix and Opening Brief. Appellants respectfully request a 30-day extension of time, up to and including, August 13, 2025 to file and serve the Brief and Appendix.

Undersigned counsel has conferred with counsel for Defendant-Appellees, who do not object to Plaintiff-Appellant's request.

WHEREFORE, Plaintiff-Appellant respectfully request that she have up to and including August 13, 2025 to file and serve Plaintiff-Appellant's Opening Brief and Joint Appendix.

Respectfully submitted this 17th day of June, 2025.

                                                 LEVINE LAW GROUP, P.A.

By:    **/s/Cathy A. Williams**
Cathy A. Williams
NC State Bar #33534
Michael J. Levine
NC State Bar #23836
Levine Law Group, PA
Post Office Box 3308
Mooresville, NC 28117
Tel. (704) 660-1770
cwilliams@levinelawgrouppa.com
*Counsel for Plaintiff-Appellant*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document(s) was served upon all parties by sending a copy of the same via electronic mail addressed as follows:

Randall R. Adams
Poyner Spruill
1151 Falls Rd., Ste. 100
PO Box 353
Rocky Mount, NC 27802
radams@poynerspruill.com
Counsel for Oleg Polishchuck

Jason R. Harris
Farrell Smith O'Connell
321 North Front St., Ste. 104
Wilmington, NC 28401
 jharris@fsofirm.com
Counsel for Uber Frieght, LLC

Steve Bader
Cranfill Sumner
5440 Wade Park Blvd, Ste. 300
Raleigh, NC 27607
sbader@cshlaw.com
Counsel for Uber Freight, LLC


Respectfully submitted this 17th day of June, 2025.

           LEVINE LAW GROUP, P.A.

By:   **/s/Cathy A. Williams**
       Cathy A. Williams
       NC State Bar #33534
       Michael J. Levine
       NC State Bar #23836
       Levine Law Group, PA
       Post Office Box 3308
       Mooresville, NC 28117
       Tel. (704) 660-1770
       cwilliams@levinelawgrouppa.com
       *Counsel for Plaintiff-Appellant*