No. 25-1629

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

REBECCA MAYS, as Administrator of the Estate of Patrick Mays

*Plaintiff-Appellants,*

v.

OLEG POLISHCHUK, an individual and doing business as POP TRUCKING, and UBER FREIGHT LLC, a Delaware Corporation,

*Defendants-Appellees.*

On Appeal from the United States District Court
for the Western District of North Carolina

## DEFENDANT-APPELLEE UBER FREIGHT LLC'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF

Defendant-Appellee Uber Freight LLC, by and through undersigned counsel of record, moves this Court for a 30-day extension of time to file its response brief, pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure and local rule 31(c). In support thereof, counsel for appellee shows the Court the following:

1. Defendant-Appellee's Response Brief is currently due this Friday, September 12, 2025.

2. Appellate counsel for defendant shows the Court that he is working to meet a number of upcoming deadlines in other matters, including a reply brief that is due to this Court on September 11, 2025 in *Wake Chapel v. Church Mutual Insurance Company*, No. 25-1485. In addition, defendant requires additional time for clients to review the brief.

3. Therefore, defendant requests 30 additional days to prepare its response brief, in order to have ample time to finalize the brief and seek input from clients. This motion is not made for the purpose of unduly delaying these proceedings, and no prior extension has been sought. Counsel for plaintiff-appellant consents to this extension of time.

WHEREFORE, Defendant-Appellee Uber Freight LLC requests that the Court grant up to and including Monday, October 13, 2025 to file its Response Brief and until November 3, 2025 for plaintiff's reply brief.

This the 9th day of September 2025.

CRANFILL SUMNER LLP

BY: */s/ Steven A. Bader*
     Steven A. Bader
     N.C. State Bar No. 55931
     Email: sbader@cshlaw.com
     P.O. Box 27808
     Raleigh, North Carolina 27611
     Telephone: 919-828-5100

FARRELL SMITH O'CONNELL

Jason R. Harris
N.C. State Bar No. 27876
Email: jharris@fsofirm.com
321 North Front Street, Ste. 104
Wilmington, NC 28101
Telephone: 910-836-1755

*Counsel for Defendant-Appellee Uber Freight LLC*

3

4937-2861-5015, v. 1

# **CERTIFICATE OF SERVICE**

    This is to certify that the undersigned has this day electronically filed the foregoing *Motion for Extension of Time* with the Clerk of Court using the CM/ECF system, which will send automatic notice to counsel of record as set out below:

    Michael Levine
    Email: mlevine@levinelawgrouppa.com
    Cathy Williams
    Email: cwilliams@levinelawgrouppa.com
    Levine Law Group PA
    *Counsel for Plaintiffs-Appellants*

    Randal Adams
    Poyner Spruill LLP
    Email: radams@poynerspruill.com
    *Counsel for Defendant Oleg Polishchuk*

This the 9th day of September 2025.

                    CRANFILL SUMNER LLP

              BY:   */s/ Steven A. Bader*
                      Steven A. Bader
                      N.C. State Bar No. 55931
                      Email: sbader@cshlaw.com
                      P.O. Box 27808
                      Raleigh, North Carolina 27611
                      Telephone: 919-828-5100
                      *Counsel for Defendant-Appellee Uber Freight LLC*